No. 62291.—Quon Quon Company and Castelazo & Associates, a/c David Chow & Co. v. United States, protests 316910–K and 321664–K (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the items entered prior to July 1, 1956, were held dutiable at 22½ percent under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), for metal articles, not specially provided for. The items entered on and after said date were held dutiable at 21 percent under said paragraph, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T. D. 54108).

BEFORE THE SECOND DIVISION, AUGUST 14, 1958

No. 62292.—Linread Products, Inc. v. United States, protest 287192–K (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of Tutch latches the same in all material respects as those the subject of *Linread Products, Inc.* v. *United States* (39 Cust. Ct. 262, C. D. 1939), the claim of the plaintiff was sustained.

No. 62293.—J. W. Hampton, Jr., & Co., Inc. v. United States, protests 312787–K (B) and 314044–K (New York).

Opinion by RAO, J. The protests were dismissed.

No. 62294.—Gehrig, Hoban & Co., Inc. v. United States, protests 315433–K, 315437–K, and 315452–K (New York).

Opinion by RAO, J. The protests were dismissed.